UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILLYNNE ZELLER, an individual,

        Plaintiff,                            Case No. 1:22-cv-1103

v.                                                   Hon. ROBERT J. JONKER

NORTHERN BIOMEDICAL RESEARCH,
INC., et al,

        Defendants.

_____/

**ORDER**

Oral argument was held this date on Plaintiff's Motion for Discovery Sanctions Under Rule 37(c) to Exclude Five Untimely Disclosed Witnesses (ECF No. 192) and Plaintiff's Motion for Discovery Sanctions to Exclude Documents Relating to Advice of Counsel Defense (ECF No. 205).  For the reasons stated on the record, the motions are **GRANTED.**

Also heard this date was Plaintiff's Motion to Compel Discovery Responses from Defendants (ECF No. 199).  As set forth on the record, this motion is **DENIED.**

        **IT IS SO ORDERED.**

Dated:  April 23, 2024                      /s/ Ray Kent_____
                                                RAY KENT
                                                United States Magistrate Judge