UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JILLYNNE ZELLER,

Plaintiff,

v.

NORTHERN BIOMEDICAL RESEARCH INC.; SHANE WOODS; DEAN HAAN; JOSHUA BARTOE; and MARK JOHNSON,

Defendants.
______________________________/

Case No. 1:22-cv-1103

HON. ROBERT J. JONKER

**FINAL JUDGMENT**

Based on the jury verdict announced on September 25, 2026, Judgment is entered in favor of Defendants and against Plaintiff, dismissing Plaintiff's federal claims **WITH PREJUDICE;** and based on the earlier Order of the Court (ECF No. 333), Judgment is entered dismissing Plaintiff's state law claims without prejudice.

Dated: September 26, 2026

/s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE